UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-1858 JGB (KKx)** | Date | January 5, 2015 |
| Title | *Center for Community Action & Environmental Justice v. Tree Island Wire (USA) Inc.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)

    Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

    Plaintiff filed its Complaint against Defendant Tree Island Wire (USA) Inc. on September 5, 2014. (Doc. No. 1.) There is no proof of service on file with the Court as to Defendant. Plaintiff has failed to file a proof of service within 120 days of filing of the Complaint. Plaintiff can satisfy this order by showing that service was effectuated on Defendant within the 120-day deadline or by showing good cause for failure to do so. See Fed. R. Civ. P. 4(m).

    Plaintiff must respond to this order by **January 16, 2015**. Failure to adequately respond to this order will be deemed consent to the dismissal of the action.

    **IT IS SO ORDERED.**