1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TREE ISLAND WIRE (USA), INC., a corporation,<br><br>  Defendant. | Case No. 5:14-cv-01858-JGB-KK<br><br>**ORDER GRANTING AMENDMENT TO SETTLEMENT AND DISMISSAL ORDER** |

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Center for Community Action and Environmental Justice's and Defendant Tree Island Wire (USA), Inc., joint Stipulation to Amend Settlement Agreement and Dismissal Order, a true and correct copy of which is attached to the Parties' January 4, 2016 stipulation (Dkt. No. 20) as Exhibit 2, is approved.

1    IT IS FURTHER ORDERED that the Court shall continue to retain jurisdiction over the parties through December 15, 2017, or through the conclusion of any proceeding to enforce the Settlement Agreement, or until the completion of any payment or affirmative duty required by the Settlement Agreement as amended.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 12, 2016

Hon. Jesus G. Bernal
United States District Judge